**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ANGELA CARTER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.  3:18-CV-01526-K** |
| | § | **JURY DEMANDED** |
| | § | |
| **CHILDREN'S HEALTH SYSTEM OF** | § | |
| **TEXAS d/b/a CHILDREN'S HEALTH** | § | |
| | § | |
| **Defendant.** | § | |

### CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.  These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Plaintiff

Angela Carter

Plaintiff is a former employee of Children's Health System of Texas d/b/a Children's Health.

Counsel for Plaintiff

Steven B. Thorpe
Carla S. Hatcher

Mr. Thorpe and Ms. Hatcher are attorneys with the law firm of Thorpe & Hatcher, in Dallas, Texas.

Defendant

Children's Health System of Texas d/b/a Children's Health

---

**CERTIFICATE OF INTERESTED PERSONS - Page 1**

Respectfully Submitted,


**THORPE & HATCHER**
One Energy Square
4925Greenville Ave., Suite 200
Dallas, Texas 75206
214/969-5500
214/969-9060 FAX
thwlaw@airmail.net


By:    /s/Carla S. Hatcher
      Steven B. Thorpe
      State Bar No. 19990500
      Carla S. Hatcher
      State Bar No. 09219500

**ATTORNEYS FOR PLAINTIFF**

---

**CERTIFICATE OF INTERESTED PERSONS - Page 2**